# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:11-cv-03536-SCJ
## Porter v. Sterling Online Processing Services, LLC et al
## Honorable Steve C Jones

Minute Sheet for proceedings held In Open Court on 4/14/2014.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 4:30 P.M.          COURT REPORTER: Lois Phillips
TIME IN COURT: 5:30                       DEPUTY CLERK: Pamela Wright
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | William Holladay representing Sterling Online Processing Services, LLC<br>David Lilenfeld representing Sterling Online Processing Services, LLC<br>Marty Martenson representing Sterling Online Processing Services, LLC<br>Larry Pankey representing Maria Porter |
| PROCEEDING CATEGORY: | Bench Trial Began; Bench Trial Concluded |
| MINUTE TEXT: | Bench trial held. Opening arguments heard. Plaintiff's case presented. Maria Porter sworn and testified. Plaintiff's exhibits 1, 2 and 3 admitted. Defendant's exhibits 1-7 admitted. Plaintiff's exhibit 6 admitted. Frank Bell sworn and testified (called by Plaintiff for purposes of cross-examination). Plaintiff's exhibit 4 admitted. Plaintiff rested. Oral motion by Defendant for judgment in Defendant's favor. Argument heard, motion denied by the Court. Defendant's case presented. Frank Bell recalled for direct examination. Defendant's exhibits 8 and 9 admitted. Tyson Rhame sworn and testified. Defendant rested. Plaintiff presented no rebuttal. Closing arguments heard; matter taken under advisement by the Court. |
| TRIAL STATUS: | Trial Completed-Submitted to Court |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |